IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAISCIA NICOLE REDMAN, | : Case No. 2:23-cv-00168 |
| Plaintiff, | : District Judge James L. Graham |
| vs. | : Magistrate Judge Caroline H. Gentry |
| JEFFERSON COUNTY JAIL, *et al.*, | : |
| Defendants. | : |

## SECOND AMENDED SCHEDULING ORDER

This civil rights matter is before the Court to consider Plaintiff's *pro se* "Motion of Discovery." (Doc. No. 25.) In that Motion, Plaintiff asks that certain items "be demanded from Jefferson County Jail" and "be obtained and entered as evidence." (*Id*. at PageID 93.) Plaintiff states that she sent "this motion in January but never received a response." (*Id*.) For the reasons explained below, Plaintiff's Motion (Doc. No. 25) is **GRANTED IN PART and DENIED IN PART.**

To the extent that the Motion (Doc. No. 25) asks the Court to collect evidence on Plaintiff's behalf, it is **DENIED**. The Court does not collect evidence for parties litigating in federal court. Parties must request discovery materials directly from each other, not from the Court. *See* Rules 26-37 of the Federal Rules of Civil Procedure. The Clerk of Court is **DIRECTED** to send Plaintiff a copy of this Court's *Pro Se* Handbook and a print-out of the docket of this case along with this Order.

To the extent that the Motion (Doc. No. 25) seeks to extend the deadlines in the Amended Scheduling Order (Doc. No. 23) to allow Plaintiff to conduct additional discovery, it is **GRANTED**. The Court resets the case deadlines as follows:

DISCOVERY shall be completed no later than January 31, 2025.

DISPOSITIVE MOTIONS shall be filed no later than February 28, 2025. After any dispositive motions are resolved, the Court will schedule a final pretrial conference and trial.

Plaintiff is reminded that she must keep this Court informed of her current address, and promptly file a Notice of New Address if she is released or transferred.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge