**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| **Dascia Redman,** | : | |
| | : | **Case No. 2:23-cv-00168** |
| **Plaintiff,** | : | |
| **v.** | : | **Judge Graham** |
| | : | |
| **Jefferson County Jail,** *et al.*, | : | **Magistrate Judge Gentry** |
| | : | |
| **Defendants.** | : | |

**ORDER**

This matter is before the Court upon the Defendants' motion for summary judgment. Doc. 34. The motion was referred to a Magistrate Judge, who issued a Report and Recommendations ("R&R") recommending that Defendants' motion be granted and that Plaintiff's claims be dismissed without prejudice. Doc. 47.

Plaintiff has filed no objections to the R&R, and the time for doing so has passed. When no objections are filed, the District Judge reviews the recommendations of the Magistrate Judge for clear error. Here, the Undersigned finds none. As noted in the R&R, "it is undisputed that Plaintiff did not file, much less exhaust, any grievance with the Jefferson County Jail," and therefore dismissal of Plaintiff's claims without prejudice is required pursuant to the Prison Litigation Reform Act. 42 U.S.C. § 1997e. Therefore, the Court **ADOPTS** the R&R (doc. 47), **GRANTS** Defendants' motion for summary judgment (doc. 34), and **ORDERS** that Plaintiff's claims be **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: March 24, 2026

[1]